**FILED**

**UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA**

JAN 1 1 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

UNITED STATES OF AMERICA
VS.

Matthew Marquis

CASE/CITATION NO. 2:15 mj 0202 KJN

**ORDER TO PAY**

SOCIAL SECURITY #: 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
DATE OF BIRTH: 8/3/95
DRIVER'S LICENSE #: F2903263
ADDRESS: 3500 Bainbridge Ave
         Rescue          ca         95672
         CITY            STATE      ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 1/11/16                                    _____
                                                  DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

Process fee

Fine  (✓) Fine: $ 25 and a penalty assessment of $ 10 for a TOTAL AMOUNT OF: $ 35 within _____ days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
(✓) Community Service 100 hours _____ with fees not to exceed $ _____
    completed by 10 hours per month

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (check one):**

☐ CENTRAL VIOLATIONS BUREAU
  PO BOX 71363
  PHILADELPHIA, PA 19176-1363
  1-800-827-2982
  or
  Pay on-line at www.cvb.uscourts.gov
  and Click on "Pay On-Line"

☐ CLERK, USDC
  2500 TULARE ST., RM. 1501
  FRESNO, CA 93721-1322

☒ CLERK, USDC
  501 I STREET, STE. 4-200
  SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 1-11-16                                    KJN
                                                  U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                                              EDCA-3