IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW A. MARQUIS,<br><br>    Defendant. | 2:15-mj-00202-KJN-3<br><br>**ORDER TO SHOW CAUSE AND ORDER TO ISSUE SUMMONS RE: PROBATION REVOCATION** |

**ORDER TO SHOW CAUSE AND ISSUE SUMMONS**

It is Hereby Ordered that the defendant shall appear on April 6, 2016, at 9:00 a.m., to show cause why the probation granted on January 11, 2016, should not be revoked for the defendant's failure to comply with his Court-ordered probation.

///

///

///

///

///

///

1 It is further ordered that the Clerk's office shall issue a
2 summons directing the defendant to appear on April 6, 2016, at 9:00
3 a.m.
4 IT IS SO ORDERED.

Dated:  March 14, 2016

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE