BENJAMIN B. WAGNER
United States Attorney
R. BENJAMIN NELSON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-mj-00202-KJN-3 |
| Plaintiff, | REQUEST TO WITHDRAW PETITION TO REVOKE PROBATION AND ORDER |
| v. | Date: May 4, 2016 |
| MATTHEW A. MARQUIS, | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Kendall J. Newman |

**REQUEST TO WITHDRAW PETITION**

On May 14, 2016 (sic), the United States filed a Petition for Revocation of Probation and Notice of Hearing alleging that the defendant had failed to seek approval of a community service location from the U.S. Attorney's Office and had failed to perform any of his court-ordered community service. On April 22, 2016, the United States approved a community service location for the defendant. On April 28, 2016 the United States received proof that the defendant had completed a total of 6 hours of community service at that location on April 15, 2016 and April 20, 2016. Accordingly, the United States seeks leave of Court to withdraw the Petition for Revocation of

REQUEST TO WITHDRAW PETITION AND ORDER

Probation and asks the Court to vacate the hearing set for May 4, 2016 at 9:00 a.m.

DATED: April 28, 2016

BENJAMIN B. WAGNER
United States Attorney

By: */s/ R. Benjamin Nelson*
R. BENJAMIN NELSON
Special Assistant U.S. Attorney

## ORDER

It is hereby ordered that plaintiff United States of America's request to withdraw the petition for revocation of probation filed against defendant MATTHEW A. MARQUIS is GRANTED. It is further ordered that the probation revocation hearing date scheduled on May 4, 2016 is VACATED.

Dated:  April 28, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

REQUEST TO WITHDRAW PETITION AND ORDER