IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MATTHEW A. MARQUIS,<br><br>          Defendant. | 2:15-mj-00202-KJN<br><br>**ORDER TO SHOW CAUSE AND ORDER TO ISSUE SUMMONS RE: PROBATION REVOCATION** |

### ORDER TO SHOW CAUSE AND ISSUE SUMMONS

It is Hereby Ordered that the defendant shall appear on January 25, 2017, at 9:00 a.m., to show cause why the probation granted on January 11, 2016, should not be revoked for the defendant's failure to comply with his Court-ordered probation.

///

///

///

///

///

///

It is further ordered that the Clerk's office shall issue a summons directing the defendant to appear on January 25, 2017, at 9:00 a.m.

IT IS SO ORDERED.

Dated: January 6, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE